**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Nash Ferguson, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW SAUL, [1] ) <br> Acting Commissioner of Social Security, ) <br> ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-01585-EPG <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 15, 2019 to August 14, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 3, 2019  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: July 15, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: *\*/s/ Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on 7/15/2019)

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that Plaintiff shall have a 30-day extension of time, from July 15, 2019 to August 14, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.
IT IS SO ORDERED.

Dated:  **July 18, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE