# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON NASH FERGUSON,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:18-cv-01585-EPG<br><br>ORDER RESETTING HEARING AND DIRECTING DEFENDANT TO FILE A HARD COPY OF THE ADMINISTRATIVE RECORD |

The hearing for oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits, is reset to **November 26, 2019, at 2:00 p.m.**. Defendant is directed to file a hard copy of the administrative record not less than thirty days prior to that hearing.

IT IS SO ORDERED.

Dated: __October 18, 2019__          /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1